UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
BENJAMIN ALLEN PETERSON
TRISHA E. PETERSON  CASE NO. 12-80441

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Nationstar Mortgage LLC    **Court claim #:**  7

**Last four digits** of any number used to identify the debtor's account: 4859

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1960.29 |
| Amount Paid by Trustee | $1960.29 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  7/11/17         /s/Lydia S. Meyer_____
                        Lydia S. Meyer, Trustee
                        308 W. State St., Suite 212
                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 11th Day of July, 2017.

Dated:  7/11/17         /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX 75261-9741

MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MOUNT LAUREL, NJ  08054

MICHAEL N BURKE #6291435
FISHER & SHAPIRO LLC
2121 WAUKEGAN ROAD  SUITE 301
BANNOCKBURN, IL 60015

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX 75261-9741

BENJAMIN ALLEN PETERSON
TRISHA E. PETERSON
2225-10TH AVENUE
ROCKFORD, IL  61104

GERACI LAW LLC
55 E. MONROE, #3400
CHICAGO, IL  60603